■ ALICIA M. BROWN, Appellant, v ADELE MAY, Respondent. [773 NYS2d 649]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 11, 2003. The order, insofar as appealed from, granted defendant's motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Wisner, Hurlbutt and Gorski, JJ.

■ CONRAD G. REGER et al., Appellants-Respondents, v HARRY'S HARBOUR PLACE GRILLE, INC., Respondent, and HARBOUR PLACE MARINE SALES, INC., Respondent-Appellant. (Appeal No. 1.) [773 NYS2d 687]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 3, 2002. The order, insofar as appealed from, denied plaintiffs' motion for partial summary judgment on liability under Labor Law § 240 (1) and denied the cross motion of defendant Harbour Place Marine Sales, Inc. for summary judgment on common-law indemnification.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Green, Wisner, Hurlbutt and Gorski, JJ.